IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DORIS THORNTON, | ) |
|    Plaintiff, | ) ) ) |
| vs. | ) )   CIVIL ACTION NO. 17-319-CG-MU |
| BLUESTEM BRANDS, INC., d/b/a FINGERHUT, | ) ) ) ) |
|    Defendant. | ) |

## ORDER

The parties having filed a joint Stipulation to Dismiss on May 21, 2018 (Doc. 26),[1] it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**. Each party shall bear her or its own costs.

**DONE** and **ORDERED** this 22nd day of May, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defense counsel filed a Notice of Endorsement (Doc. 27) in compliance with Section II(C)(3) of the Court's Administrative Procedures for Filing, Signing, and Verifying Pleadings and Documents by Electronic Means.